THE PEOPLE OF THE STATE OF NEW YORK, Respondent-Appellant, v JULIO BORRELL, Also Known as JULIO CESAR BORRELL, Appellant-Respondent.

Submitted June 15, 2009; decided June 30, 2009

Motion for reargument denied [*see* 12 NY3d 365 (2009)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD MALDONADO, Appellant.

Submitted May 11, 2009; decided June 30, 2009

On the Court's own motion, appeal dismissed, without costs, upon the ground that no civil appeal lies from an Appellate Division order entered in a criminal proceeding (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90). Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE A. MULLINS, Appellant.

Decided June 30, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from the order of the Appellate Division entered in this criminal proceeding (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).

In the Matter of ABDULLAH Y. SALAHUDDIN, Appellant, v DONALD SELSKY, as Director of Special Housing/Inmate Disciplinary Programs, Respondent.

Submitted June 8, 2009; decided June 30, 2009

Motion for reargument of motion for leave to appeal denied [*see* 12 NY3d 812 (2009)].